IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE MURRY JUQAN MUHAMMAD                                   PLAINTIFF

v.                               No: 5:19-cv-83-DPM

PAM CRAWFORD, COII Officer;
JUSTINE MINOR, Disciplinary Judge;
BRANDON CARROLL, Shift Security;
C. CHRISTOPHER, Shift Security;
SIMPTON, Sergeant; SILGTON, Sergeant;
JONES, Sergeant; V. BROWN, Lieutenant;
HARDEN, Lieutenant; PIEGA, Lieutenant;
and L. MOTTEN, Lieutenant;
Varner Supermax, ADC                                          DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Muhammad hasn't updated his address with the Clerk; his mail is still being returned undelivered. *Doc. 19–21*. His case will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

24 September 2020