IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIE MURRY JUQAN MUHAMMAD                    PLAINTIFF

v.                      No: 5:19-cv-83-DPM

PAM CRAWFORD, COII Officer;
JUSTINE MINOR, Disciplinary Judge;
BRANDON CARROLL, Shift Security;
C. CHRISTOPHER, Shift Security;
SIMPTON, Sergeant; SILGTON, Sergeant;
JONES, Sergeant; V. BROWN, Lieutenant;
HARDEN, Lieutenant; PIEGA, Lieutenant;
and L. MOTTEN, Lieutenant;
Varner Supermax, ADC                           DEFENDANTS

## JUDGMENT

Muhammad's case is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

24 September 2020