# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WILLIE MURRY JUQUAN MUHUMMAD         PLAINTIFF
ADC #097878

v.                    No. 5:19-cv-83-DPM

PAM CRAWFORD, COII Officer,
Varner Supermax, ADC, *et al.*         DEFENDANTS

## ORDER

Motion for copies, *Doc. 30*, granted. The Court directs the Clerk to send Muhummad a copy of pages 49–52 of his complaint, *Doc. 2*.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 November 2021